Lisa Bloom, Esq. (SBN 158458)
Jivaka Candappa, Esq. (SBN 225919)
Kaprisha Vallecillo, Esq. (SBN 272352)
**THE BLOOM FIRM**
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 914-7314
Facsimile: (866) 852-5666
Email:   Lisa@TheBloomFirm.com
          Jivaka@TheBloomFirm
          Kaprisha@TheBloomFirm.com

Attorneys for Plaintiffs JORDAN COLE, FINESSE REED
and DAVID THOMAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN COLE; FINESSE REED; and DAVID THOMAS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF BUTTE; DEPUTY DAN ANGEL; DEPUTY HUGH HOOKS; DEPUTY BRETT MARSTERS; DEPUTY TRACY PANUKE; SERGEANT JEFF YOUNG; and DOES 1 through 40, in their official and individual capacities,<br><br>Defendants. | Case No. 2:14-CV-01760-MCE-KJN<br>[Case assigned to The Honorable Morrison C. England, Jr.]<br><br>**STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: July 25, 2014<br>Trial Date:  None |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed as follows:

1. Plaintiffs' claims against County of Butte, Deputy Dan Angel, Deputy Hugh Hooks, Deputy Brett Marsters, Deputy Tracy Panuke and Sergeant Jeff Young are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

---

{01491943.DOCX}[A]
**STIPULATION FOR DISMISSAL**           *Jordan Cole et al. vs. County of Butte et al.*
                                         Case No. 2:14–CV–01760–MCE–KJN
-1-

2. Counterclaimant County of Butte's counterclaims against Jordan Cole and David Thomas are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c).

DATED:  December 11, 2015          **THE BLOOM FIRM**

/s/ Jivaka Candappa
_____
JIVAKA CANDAPPA
Attorneys for Plaintiffs Jordan Cole, Finesse Reed and David Thomas

DATED:  December 11, 2015          **PORTER SCOTT**
                                   **A PROFESSIONAL CORPORATION**

 /s/ William Camy_____
STEPHEN E. HORAN
WILLIAM E. CAMY
Attorneys for Defendants