UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN COLE, FINESSE REED, and DAVID THOMAS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF BUTTE, DEPUTY DAN ANGEL, DEPUTY HUGH HOOKS, DEPUTY BRETT MARSTERS, DEPUTY TRACY PANUKE, SERGEANT JEFF YOUNG, and DOES 1 through 40, in their official and individual capacities,<br><br>　　　　Defendants. | Case No. 2:14-CV-01760-MCE-KJN<br>[Case assigned to The Honorable Morrison C. England, Jr.]<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: July 25, 2014<br>Trial Date:  August 15, 2016 |

　　Pursuant to the Parties' stipulation, the Court hereby DISMISSES the captioned case as to all claims and counterclaims involving all parties with prejudice. The Clerk of the Court is directed to close this case.

　　**IT IS SO ORDERED**.

DATED: JANUARY 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT